UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA CASTILLO,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>EAGLE RECOVERY SERVICES, LLC; and<br>LUIGI MATRONE, an individual,<br><br>　　　　　　Defendants. | Case No.: 10-CV-03155-LHK<br><br>ORDER CONTINUING MOTION HEARING |

A hearing on Plaintiff's motion for default judgment as to Defendant Eagle Recovery Services, LLC, is currently scheduled for March 31, 2011. On March 8, 2011, Plaintiff filed a notice indicating that the case has settled and requesting that the Court allow Plaintiff 60 days in which to file dispositive documentation. Plaintiff represents that a voluntary dismissal will be forthcoming. Based on this information, the Court finds that a brief continuance of the scheduled motion hearing is warranted. Accordingly, the Court hereby CONTINUES the hearing on Plaintiff's motion for default judgment to April 28, 2011. Plaintiff shall file a notice of dismissal by April 21, 2011, at which point the Court will vacate the hearing date and close the case.

**IT IS SO ORDERED.**

Dated: March 9, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03155-LHK
ORDER CONTINUING MOTION HEARING

1